IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM R. WEEKS, Individually and as Trustee of the William R. Weeks Revocable Trust Dated 07/11/2020, and, <br><br> DANA J. WEEKS, Individually and as Trustee of the Dana J. Weeks Revocable Trust Dated 07/11/2020 <br><br>     Plaintiffs, <br><br> v. <br><br> FIFTH THIRD BANK, NATIONAL ASSOCIATION, and WSFS FINANCIAL CORPORATION d/b/a WSFS BANK, <br><br>     Defendants. | Civil Action No.: 2:21-cv-01422-GAM |

**DEFENDANT FIFTH THIRD BANK, NATIONAL ASSOCIATION'S
PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant, Fifth Third Bank, National Association ("Fifth Third"), by and through counsel, Jeffrey M. Stacko, Esq. and Dinsmore & Shohl LLP, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves this Honorable Court for an Order dismissing Counts I (Fair Debt Collection Practices Act); II (Fair Credit Reporting Act); IV (Fair Credit Extension Uniformity Act and the Pennsylvania Unfair Trade Practices and Consumer Protection Law); and V (Equity) of Plaintiffs' Complaint with prejudice for Plaintiffs' failure to state claims upon which relief may be granted.

Fifth Third relies on and incorporates the accompanying Memorandum of Law in support of its Motion.

Dated: June 14, 2021                                /s/ Jeffrey M. Stacko
                                                                                Jeffrey M. Stacko, Esq.
                                                                                Pa. I.D. No. 314941
                                                                                DINSMORE & SHOHL LLP

1300 Six PPG Place
Pittsburgh, PA 15222
412.281.5000 (t)
412.281.5055 (f)
jeffrey.stacko@dinsmore.com

*Counsel for Defendant*
*Fifth Third Bank, National Association*

22109383.1

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Fifth Third Bank, National Association's Partial Motion to Dismiss was served upon the following via the Court's CM/ECF System on this 14th day of June, 2021:

> Eric S. Carroll, Esq.
> 150 N. Radnor-Chester Road
> Suite F200
> Radnor, PA 19087
> ecarroll@esclegal.com
>
> *Counsel for Plaintiffs*
>
> Martin C. Bryce, Jr.
> Ballard Spahr LLP
> 1735 Market Street, 51st Floor
> Philadelphia, PA 19103-7599
> bryce@ballardspahr.com
>
> *Counsel for WSFS Financial Corporation*
> *d/b/a WSFS Bank*

/s/ Jeffrey M. Stacko
Jeffrey M. Stacko, Esq.

*Counsel for Defendant*
*Fifth Third Bank, National Association*